## OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA
FEDERAL PUBLIC DEFENDER

SAPNA MIRCHANDANI
STAFF ATTORNEY

March 31, 2008

The Honorable William D. Quarles, Jr.
United States District Judge
United States District Court for the District of Maryland
U.S. Courthouse, Chambers 3A
101 West Lombard Street
Baltimore, MD 21201

Re:   **Crack Reduction - Status Report**
      *United States v. Ronald Ross*, Case No. WDQ-98-358

Dear Judge Quarles:

Please accept and docket this letter as a status report in the above-captioned case. The U.S. Probation and Pretrial Services Office has reviewed Ronald Ross's case and determined that he is not eligible to seek a reduced sentence under 18 U.S.C. § 3582 and Amendment 706 to the U.S. Sentencing Guidelines (lowering the sentences for crack cocaine offenses) because his offense of conviction did not involve crack cocaine. Upon reviewing Mr. Ross's case, counsel agrees with this finding. Mr. Ross was convicted of one count of conspiracy to distribute and possess with intent to distribute powder cocaine, in violation of 21 U.S.C. § 846. Because his offense did not involve cocaine base, Mr. Ross does not qualify for a sentence reduction under § 3582 and Amendment 706.

Please let me know if I can provide any further assistance.

Sincerely,

Sapna Mirchandani

cc:   Barbara Sale, Assistant U.S. Attorney
      Estelle Santana, U.S. Probation Officer
      Ronald Ross